**DISMISS; Opinion issued February 5, 2013**



**In The**

**Court of Appeals**

**Fifth District of Texas at Dallas**

**No. 05-12-01034-CV**

## K. BRASHER AND W. BRASHER, Appellants
### V.
## TEXAS FARMERS INSURANCE COMPANY, Appellee

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-02834-2010**

## OPINION

Before Chief Justice Wright and Justices Lang-Miers and Lewis
Opinion by Chief Justice Wright

Before the Court is appellants' January 24, 2013 motion to dismiss appeal. In the motion, appellants state the parties have settled and compromised their differences and request the appeal be dismissed. We grant appellants' motion and dismiss this appeal. *See* TEX. R. APP. P. 42.1(a)(1).

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE

121034F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

K. Brasher and W. Brasher, Appellants

No. 05-12-01034-CV          V.

Texas Farmers Insurance Company,
Appellee

On Appeal from the 429th Judicial District
Court, Collin County, Texas
Trial Court Cause No. 429-02834-2010.
Opinion delivered by Chief Justice Wright.
Justices Lang-Miers and Lewis participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

Subject to any agreement of the parties, it is **ORDERED** that each party bear its own costs of this appeal.

Judgment entered this February 5, 2013.

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE